

**Office of the Clerk**

**UNITED STATES DISTRICT COURT**
FOR THE
**MIDDLE DISTRICT OF PENNSYLVANIA**
**William J. Nealon Federal Bldg. & U.S. Courthouse**
**235 North Washington Avenue**
**P.O. Box 1148**
**Scranton, PA 18501-1148**

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

**Peter J. Welsh**
**Clerk of Court**

**Divisional Offices:**

**Harrisburg:**
(717) 221-3920

**Williamsport:**
(570) 323-6380

July 23, 2020

The Honorable Malachy E. Mannion
United States District Judge
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

Re:   Report of the Mediator
      <u>Lebron v. Lumber Liquidators</u>, 3:19-CV-2125 (Mannion, J.)

Dear Judge Mannion:

Mediator Joseph Joyce reports the matter is settled. Please issue an order permitting 60 days to complete the agreement.

Best wishes,

s/ *Joseph A. Barrett*
Joseph A. Barrett